ALPHONSO MOSES EL, APPELLANT, v. JOHN J. TOOHEY, Jr., COMMISSIONER, ETC., RESPONDENT.

Argued October 18, 1940—Decided January 3, 1941.

For the appellant, *Harry Krieger*.

For the respondent, *William J. Egan,* assistant attorney-general (*Stephen J. Lorenz,* of counsel).

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Bodine, Perskie, Porter, Dear, Wells, WolfsKeil, Rafferty, Hague, JJ. 10.

*For reversal*—None.